# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| ANTONEO JONTE WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  3:16-CV-062-JRG-CCS |
| | ) | |
| WARDEN CHERRY LINDAMOOD, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

The Court is in receipt of a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Doc. 2], a memorandum in support of the petition for a writ of habeas corpus [Doc. 3], a motion for leave to proceed *in forma pauperis* [Doc. 1], and a motion for discovery [Doc. 4].  It appears from the application that Plaintiff lacks sufficient financial resources to pay the $5.00 filing fee.  Accordingly, the motion for leave to proceed *in forma pauperis* [Doc. 1] is **GRANTED** and the Clerk is **DIRECTED** to serve copies of Petitioner's petition for a writ of habeas corpus, memorandum in support, motion for discovery [Docs. 2–4], and this memorandum and order upon Respondent.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, Respondent is hereby **ORDERED** to answer or otherwise respond to the petition and motion for discovery within thirty (30) days from the date of this Order.[1]  Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  Respondent should

---

[1] Any state court records should be sent directly to the Knoxville Division at 800 Market Street, Suite 130, Knoxville, Tennessee 37902.

specifically address whether the petition was timely filed and whether Petitioner has exhausted his available state court remedies.  28 U.S.C. §§ 2244(d), 2254(b).

**IT IS SO ORDERED**.

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
